

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-18-00624-CV

Olivia Briones **RIOJAS**,
Appellant

v.

Elvira V. **CHAVEZ**, Independent Administrator
of the Estate of Ruben G. Briones, Deceased,
Appellee

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2017PC3074
The Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The reporter's record was due on September 25, 2018. *See* TEX. R. APP. P. 35.3(c). Before the due date, court reporter Veronica Lugo Bowles advised the court that Appellant has not yet requested the record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's record has been requested and the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

If Appellant fails to respond within the time provided, Appellant must file a brief with this court within THIRTY DAYS of the date of this order, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due THIRTY DAYS after Appellant files written proof showing compliance with this order. *See id.* R. 35.3(c) (limiting an extension of time to file the record in a regular appeal to thirty days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2018.



KEITH E. HOTTLE,
Clerk of Court